IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PRO SE CIVIL COMPLAINT

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

'15 MAY 22 PM 2:40

OFFICE OF THE CLERK

Case No. 8:15CV179
(the court will assign a number)

I. **CASE CAPTION:** Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

A. Plaintiff(s) Name(s):    Address(es):    Telephone No. (only if you are NOT a prisoner)

JOSEPH A. KURTZ    5123 So 130th Plaza    402-934-2371
Cell - 402 378-0773

B. Defendant(s) Name(s):    Address(es) If known:

Whiskey Tango    15th Farnam
(Back Pack - ID - Debt Card) items inside
House key

Can not file other statements because of I.D. is in back pack with debt card.

(Attach extra sheets if necessary.)

Page 1 of 6

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A. **When** did the events occur?

05-09-2015 - left back pack at whisky Tango

B. **What** happened?

Left back pack at Lounge while visiting for I thought had Hotel room at Hiatt Hotel. Saturday and Sunday stay.

left 2 blue duffle bags at O.P.D. O.P.D says there isn't any bags here.

## II. STATEMENT OF CLAIM(S) (continued)

*on prior page*

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

☑ United States or a federal official or agency is a party

☑ Claim arises under the Constitution, laws or treaties of the United States

☑ Violation of civil rights

____ Employment discrimination

____ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

____ Other basis for jurisdiction in federal court (explain below)

N/A

_____

_____

_____

_____

_____

## IV. STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

_____

_____

_____

_____

## V. RELIEF

State briefly what you want the court to do for you.

_____

_____

_____

_____

### VI. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A. Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes _____    No ____✓____

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

_____

_____

_____

C. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

_Whisky Tango does not open till 6pm_

VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):

JURY _____ JUDGE \_\_\_✓\_\_\_

VIII. VERIFICATION

I (we) declare under penalty of perjury that the foregoing is true and correct.

Date(s) Executed: Signature(s) of Plaintiff(s):

_____

_____

_____

_____

_____

_____

_____

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS. Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**