IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH A. KURTZ, | ) | 8:15CV179 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| WHISKEY TANGO, | ) ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. Federal Rule of Civil Procedure 11 states that "every pleading . . . must be signed by at least one attorney of record . . . or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Further, "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." *Id.* Plaintiff, who is proceeding pro se, failed to sign his Complaint.

On May 22, 2015, a Deputy Clerk notified Plaintiff about the signature deficiency. (*See* Filing No. 5.) The court warned Plaintiff that if he failed to correct the deficiency within 15 days, his pleading could be stricken from the record of this case. To date, Plaintiff has failed to sign his pleading. Accordingly,

IT IS ORDERED:

1. Plaintiff has 30 days to show cause why this case should not be dismissed for failure to comply with Rule 11. If Plaintiff does not respond, or if good cause is not shown, this action will be dismissed without prejudice and without further notice.

2. The clerk of the court is directed to set a pro se case management deadline with the following text: August 10, 2015: check for response to show cause order.

DATED this 10th day of July, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge