**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **JOSEPH A. KURTZ,** | ) | **8:15CV179** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **WHISKEY TANGO,** | ) | |
| | ) | |
| Defendant. | ) | |

On July 10, 2015, the court ordered Plaintiff to show cause for why this case should not be dismissed for failure to comply with Rule 11 within 30 days. To date, Plaintiff has now shown cause or taken any other action in this matter. Accordingly,

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 17th day of August, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge